■ In the Matter of YAKOV SMOTKIN, Doing Business as SMOTKIN YAKOV SHOE REPAIR, Petitioner, v COMMISSIONER OF NEW YORK STATE DEPARTMENT OF HEALTH, Respondent. [704 NYS2d 492] —Proceeding pursuant to CPLR article 78 to review a determination of the respondent Commissioner of the New York State Department of Health, dated May 13, 1998, which, after a hearing, excluded the petitioner from participating in the Medicaid program for five years and directed him to make restitution of Medicaid overpayments.

Adjudged that the determination is confirmed and the proceeding is dismissed on the merits, with costs.

Contrary to the petitioner's contention, the respondent's determination is supported by substantial evidence.

The petitioner's remaining contentions are without merit. Ritter, J. P., Altman, Luciano and Feuerstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL T. ALLEN, Appellant. [704 NYS2d 490] —Appeal by the defendant from a judgment of the Supreme Court, Suffolk County (Mullen, J.), rendered May 6, 1997, convicting him of robbery in the second degree and assault in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant pleaded guilty with the understanding that he would receive the sentence which was thereafter actually imposed. Therefore, he has no basis to now complain that the sentence was excessive (*see, People v Kazepis,* 101 AD2d 816).

The defendant's remaining contentions are without merit. Bracken, J. P., Joy, Thompson, Goldstein and Feuerstein, JJ., concur.